**UNITED STATES OF AMERICA**
**SOUTHERN DISTRICT OF FLORIDA**
**MINUTES - SENTENCING**

Case No. <u>21-20154-CR-KING</u>                    Date: <u>September 21</u>, **2022**
                                                  Judge: James Lawrence King
Defendant: **Kenny Vallinas**           Defense counsel: <u>Andre A. Rouviere, Esq</u>
AUSA: <u>Alexander Pogozelski & Emily Gurski</u>
U.S. Probation: <u>Dianne Garcia</u>

**JUDGMENT AND SENTENCE**

|         | YEARS | MONTHS | DAYS | TIME SERVED |
|---------|-------|--------|------|-------------|
| Count I |       | 30     |      |             |

( ) Defendant given credit for time served
( ) CONCURRENT ( ) CONSECUTIVE
(**X**) Assessment $ <u>100.00</u>
( ) Fine: (X) none imposed    $0
( ) The court orders restitution in the amount of $332,372.00
(X) Count remaining dismissed _6_
(X) Forfeiture Entered

**(X) SUPERVISED RELEASE**
**( ) PROBATION**

|         |   | YEARS |
|---------|---|-------|
| Count   | I | 3     |

( ) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement
( ) CONCURRENT ( ) CONSECUTIVE ( ) Self Employment Restriction
(X) Substance Abuse Treatment Program (X) Financial Disclosure (X) Permissible Search
(X) Mental Health Treatment ( ) IRS Cooperation ( ) Healthcare Business Related Restrictions
(**X**) Unpaid Restitution, fines and special assessment if any; ( ) 50 hours Community Service
(X) No New Debt Restriction ( ) Relinquishment of License (X) Passport to be given to defense counsel upon surrendering to Bureau of Prisons

**CUSTODY**
( ) The defendant remanded to custody of the U.S. Marshal
(X) Defendant to remain on bond all previous conditions imposed
(X) The defendant shall surrender for service of sentence on: **October 5, 2022** no later **12 noon**
(X) The court recommends: Defendant to be housed as close to South Florida as possible
(X) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.

- Defense Motion for Downward Variance held
- The Court finds that the motion be and the same is hereby- **DENIED**
- The Court hereby Adopts the R&R and Adjudicate the defendant Guilty as to Count I of the indictment

Courtroom Deputy: Octavia Green
Court Reporter: Dawn Savino